IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

TROY ROSENTHAL,

    Plaintiff,

v.

KIRK TORRES, et al,

    Defendants.

No.1:13-C-3371  NJV

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 28, 2013, I served a true and correct copy of Docket No. 13, in addition to an explanatory letter and Instructions for Prisoner's In Forma Pauperis Application, by placing said copy and documents in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Troy Rosenthal
P78736
CIM A - MH 1214
P.O. Box 368
Chino, CA 91708

Dated: October 28, 2013

            /s/  *Linn Van Meter*
            Linn Van Meter
            Administrative Law Clerk to the
            Honorable Nandor J. Vadas