UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

TROY ROSENTHAL,

    Plaintiff,

    v.

KIRK TORRES, et. al.,

    Defendants.

No. 1:13-cv-3371 NJV (PR)

**ORDER DISMISSING CASE**

This is a civil rights case brought pro se by a state prisoner. On four separate occasions plaintiff was informed of what was required to file a proper motion to proceed in forma pauperis. Plaintiff has still not provided a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

The incomplete motion to proceed in forma pauperis (Docket No. 15) is **DENIED**. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close the case.

**IT IS SO ORDERED.**

Dated: December 5, 2013.

NANDOR J. VADAS
United States Magistrate Judge

G:\PRO-SE\NJV\CR.13\Rosenthal3371.dsm.wpd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

TROY ROSENTHAL,　　　　　　　　　　　　　No. 1:13-CV-3371 NJV (pr)

　　　　　Plaintiff,

　　v.　　　　　　　　　　　　　　　　　　CERTIFICATE OF SERVICE

KIRK TORRES, et al.,

　　　　　Defendants.
_____/

I, the undersigned, hereby certify that on December 5, 2013, I SERVED a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Troy Rosenthal
P78736
CIM A - MH 1214
P.O. Box 368
Chino, CA 91708


/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2