1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

TROY ROSENTHAL,

               Plaintiff,

   v.

KIRK TORRES, et. al.,

               Defendants.

_____/

No. 1:13-cv-3371 NJV (PR)

**ORDER DISMISSING CASE**

     This is a civil rights case brought pro se by a state prisoner.  On four separate occasions plaintiff was informed of what was required to file a proper motion to proceed in forma pauperis.  Plaintiff has still not provided a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

     The incomplete motion to proceed in forma pauperis (Docket No. 15) is **DENIED**.  This case is therefore **DISMISSED** without prejudice.  No fee is due.  The clerk shall close the case.

     **IT IS SO ORDERED.**

Dated: December 5  , 2013.

_____
NANDOR J. VADAS
United States Magistrate Judge

G:\PRO-SE\NJV\CR.13\Rosenthal3371.dsm.wpd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

TROY ROSENTHAL,                                    No.  1:13-CV-3371 NJV (pr)

        Plaintiff,

    v.                                                     CERTIFICATE OF SERVICE

KIRK TORRES, et al.,

        Defendants.

_____/

      I, the undersigned, hereby certify that on December 5, 2013, I SERVED a true and correct copy of  the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Troy Rosenthal
P78736
CIM A - MH 1214
P.O. Box 368
Chino, CA 91708

/s/  Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2